## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

Francis Martinez, an individual,

    Plaintiff,

v

Housler Restaurants, Inc., a Michigan Corporation,

    Defendant.

Case No: 1:16-cv-576

Honorable Janet T. Neff

_____/

| | |
|---|---|
| George Thomas Blackmore (P76942)<br>Chastain & Afshari, LLP<br>Attorney for Plaintiff<br>21411 Civic Center Drive, Ste. 200<br>Southfield, MI 48076<br>(248) 845-8594 | Darren Malek (P57443)<br>VERITAS LAW GROUP<br>Attorney for Defendant<br>157 S. Kalamazoo Mall, Ste. 240<br>Kalamazoo, MI 49007<br>(269) 270-3500 |

_____/

### STIPULATION FOR ENTRY OF CONSENT JUDGMENT

    WHEREAS, the Defendant, through its attorneys, and the Plaintiff, through his attorneys, hereby stipulate to the entry of the Consent Judgment in settlement of this action:

    WHEREAS, the Parties have engaged in meaningful and productive discussions to resolve the issues between them and made agreement to proceed through this Stipulation for

Entry of Consent Judgment and to execute a mutually-agreeable Settlement Agreement to settle the same, which would obviate further proceedings before this Court;

WHEREAS, the Defendant and Plaintiff, by and through their attorneys, have consented to entry of the Consent Judgment marked as Exhibit A without trial or adjudication of any issue of fact or law and to waive any appeal if the Consent Judgment is entered as submitted by the parties;

IT IS STIPULATED that the Consent Judgment attached as Exhibit A be entered.

DARREN MALEK WITH PERMISSION.
George T. Blackmore (P76942)
Chastain & Afshari, LLP
Attorney for Plaintiff
21411 Civic Center Drive, Ste. 200
Southfield, MI 48076
248-845-8594
George@cnalawgroup.com

Darren M. Malek (P57443)
Veritas Law Group
Attorney for Defendant
157 S.Kalamazoo Mall, Ste. 240
Kalamazoo, MI 49009
269-270-3500
dmalek@veritaslawgroup.net