## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| Francis Martinez, an individual, | Case No: 1:16-cv-576 |
| Plaintiff, | Honorable Janet T. Neff |
| v | |
| Housler Restaurants, Inc., a Michigan Corporation, | |
| Defendant. | |

_____/

| | |
|---|---|
| George Thomas Blackmore (P76942) | Darren Malek (P57443) |
| Chastain & Afshari, LLP | VERITAS LAW GROUP |
| Attorney for Plaintiff | Attorney for Defendant |
| 21411 Civic Center Drive, Ste. 200 | 157 S. Kalamazoo Mall, Ste. 240 |
| Southfield, MI 48076 | Kalamazoo, MI 49007 |
| (248) 845-8594 | (269) 270-3500 |

_____/

## CONSENT JUDGMENT

WHEREAS, the Defendant, through its attorneys, and the Plaintiff, through his attorneys, (the "Parties"), have agreed to a settlement of the above action as more particularly set forth in this Consent Judgment; and the parties desire to avoid further expense, time, effort and uncertainty in regard to the above action;

WHEREAS, the Parties have engaged in meaningful and productive discussions to resolve the issues between them and made agreement to proceed through this Consent Judgment and to execute a mutually-agreeable Settlement Agreement to settle the same, which would obviate further proceedings before this Court;

NOW THEREFORE, it is hereby ordered as follows:

1. The parties have entered into a separate Settlement Agreement;

2. The parties have consented and agreed that Defendant has had the opportunity to allow its expert to re-inspect the Defendant's premises following the filing of the Complaint.

3. The parties have consented and agreed that any ADA violations which may have existed have been corrected by Defendant.

4. The parties have consented and agreed that Defendant's restaurant located at 1332 W. Michigan Avenue, Kalamazoo, Michigan 49006, is now fully ADA compliant and that no ADA violations exist at this time and there is no basis for a complaint by a disabled claimant.

5. Notwithstanding the foregoing, neither party admits any liability or fault in this matter.

6. This Consent Judgment is irrevocable.

7. Subject to the foregoing, Plaintiff's claims are hereby dismissed with prejudice.

8. This Court will retain jurisdiction only to enforce this Order and the Settlement Agreement.

9.   This is a final Order

**IT IS SO ORDERED.**

Dated:   September 12, 2016     /s/ Janet T. Neff
                                Honorable Janet T. Neff